## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN L. GARRETT | ) | Case No.: 5:14CV1066 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | ORDER ADOPTING |
| Acting Commissioner of Social | ) | MAGISTRATE'S REPORT & |
| Security | ) | RECOMMENDATION |
| | ) | |
| Defendant | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Greg White. The Report and Recommendation (ECF # 14), issued on May 6, 2015, is hereby ADOPTED by this Court. Plaintiff sought review of the Commissioner's decision denying his application for Supplemental Security Income benefits under Title XVI of the Social Security Act, 42 U.S.C. § 1381, *et seq.* The Magistrate found that the Administrative Law Judge's ("ALJ's") determination was based on the correct legal standards and that the findings were supported by substantial evidence in the record.

The Plaintiff did not file timely objections to the Report and Recommendation. The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety. The Court finds Magistrate Judge White's Report and Recommendation to be thorough, well-written, well-supported,

and correct. The Magistrate's Report and Recommendation correctly addresses all of the Petitioner's claims; and, the ALJ's decision is supported by substantial evidence in the record. The Commissioner's decision denying Plaintiff's application for benefits is adopted. The case is dismissed with prejudice.

IT IS SO ORDERED.

DATED: June 17, 2015

_____
DONALD C. NUGENT
United States District Judge